

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00330-CV

| | | |
|---|---|---|
| City of Denton | § | From the 362nd District Court |
| v. | § | of Denton County (15-10369-362) |
| | § | March 23, 2017 |
| Brian Rushing, Calvin Patterson, and Kevin Marshall | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant City of Denton shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Sue Walker_____
Justice Sue Walker